| | | | |
|---|---|---|---|
| Com. v. Jenkins [25] .. | 08/03/201619 EAL (2016) | Denied | Pa.Super., 134 A.3d 101 |
| Com. v. Johnson.... | 07/19/2016109 WAL (2016) | Denied | Pa.Super., 141 A.3d 592 |
| Com. v. Johnson [26].. | 07/27/2016150 EAL (2016) | Denied | Pa.Super., 144 A.3d 194 |
| Com. v. Jones [27] .... | 07/26/201664 EAL (2016) | Denied | Pa.Super., 64 A.3d 371 |
| Com. v. Jordan ..... | 07/19/2016220 MAL (2016) | Denied | Pa.Super., 134 A.3d 489 |
| Com. v. Kinard..... | 08/02/2016136 EAL (2016) | Denied | Pa.Super., 144 A.3d 187 |
| Com. v. Lynn [28]..... | 07/26/201685 EAL (2016) | Denied | Pa.Super., 135 A.3d 664 |
| Com. v. Marchetti .. | 08/02/2016134 WAL (2016) | Denied | Pa.Super., 144 A.3d 212 |
| Com. v. Markelwitz | 08/02/2016118 MAL (2016) | Denied | Pa.Super., 136 A.3d 1034 |
| Com. v. McClaskey [29] ........... | 07/27/201663 MAL (2016) | Denied | Pa.Super., 135 A.3d 669 |
| Com. v. McGeee [30] .. | 07/27/2016160 MAL (2016) | Denied | Pa.Super., 136 A.3d 1040 |
| Com. v. McMichael [31],............. | 07/28/201649 EAL (2016) | Denied | Pa.Super., 136 A.3d 1029 |

25. Justice WECHT did not participate in the decision of this matter.

26. Justice MUNDY did not participate in the consideration or decision of this matter.

27. Justice MUNDY did not participate in the consideration or decision of this matter.

28. Justices DONOHUE and MUNDY did not participate in the consideration or decision of this matter.

29. Justice MUNDY did not participate in the consideration or decision of this matter.

30. Justice MUNDY did not participate in the consideration or decision of this matter.

31. Justice MUNDY did not participate in the consideration or decision of this matter.